Eric Bensamochan, Bar #255482
The Bensamochan Law Firm
30851 Agoura Rd # 114
Agoura Hills, Ca 91301
818-907-5866  (FAX) 818-461-5959
ATTORNEY FOR PLAINTIFF

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC,

    Plaintiff,   vs.

TOMAS ESPINOZA QUIROZ, et al,

    Defendant,

Case No.: 8:10-CV-01841-WDK-FMO

**RENEWAL OF JUDGMENT BY CLERK**

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

Judgment in favor of Plaintiff, J&J Sports Productions, Inc, and against Defendant, Diane Kim Thuy Nguyen, an individual d/b/a Las Antorchas a/k/a California Mexican Food, entered on February 6, 2012, be and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

| | | |
|---|---|---|
| a. Total judgment | $ | 3830.00 |
| b. Costs after judgment | $ | 00.00 |
| c. Subtotal *(add a and b)* | **$** | **3830.00** |
| d. Credits | $ | 00.00 |
| e. Subtotal *(subtract d from c)* | **$** | **3830.00** |
| f. Interest after judgment (.13%) | $ | 49.19 |
| g. Fee for filing renewal of application | $ | 00.00 |
| h. Total renewed judgment (add e, f and g) | **$** | **3879.19** |

Dated: 12/21/2021

CLERK, by Deputy _____
Kiry A. Gray,
Clerk of U.S. District Court

Renewal of Judgment